## James HUTTS *v.* STATE of Arkansas

CR 00-708                                    20 S.W.3d 412

Supreme Court of Arkansas
Opinion delivered July 7, 2000

*Tatum, Tatum, and Riedel,* by: *John C. Riedel,* for appellant.

No response.

PER CURIAM. Appellant James Hutts, by and through his attorney, has filed a motion for rule on clerk. His attorney, John C. Riedel, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.